# Third District Court of Appeal

## State of Florida

Opinion filed January 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0416
Lower Tribunal No. 22-256-K

_____

**Gina Giordano,**
Appellant,

vs.

**Midland Credit Management, Inc.,**
Appellee.

An Appeal from the County Court for Monroe County, Albert L. Kelley, Judge.

Gina Giordano, in proper person.

Andreu, Palma, Lavin & Solis, PLLC, and Carlos Cruanes, for appellee.


Before LOGUE, C.J., and LINDSEY and MILLER, JJ.

PER CURIAM.

Affirmed.